## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 7191**

In the Matter of

ALFONSO CHAVEZ, on behalf of himself and others similarly situated, known and unknown,
v.
STONETREE LANDSCAPES, INC.

Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF ALFONSO CHAVEZ

**FILED**
**DECEMBER 21, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**JUDGE COAR**
**MAGISTRATE JUDGE DENLOW**

| NAME (Type or print) |
|---|
| Vincent H. Beckman, III |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Vincent H. Beckman III |

| FIRM |
|---|
| Legal Assistance Foundation of Metropolitan Chicago, IL; Migrant Legal Assistance Project |

| STREET ADDRESS |
|---|
| 111 West Jackson Blvd., Ste. 300 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 0152803 | 312-423-5901 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐