IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALFONSO CHAVEZ, on behalf of himself and others similarly situated, known and unknown,<br><br>    Plaintiff,<br><br>v.<br><br>STONETREE LANDSCAPES, INC.<br><br>    Defendant. | No. 07 C 7191<br><br>Judge Coar |

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

This Joint Stipulation for Voluntary Dismissal is respectfully submitted by Plaintiff Alfonso Chavez and Defendant Stonetree Landscapes, Inc. pursuant to Fed. R. Civ. P. 41(a)(1). The parties stipulate that the Complaint filed by Plaintiff should be immediately dismissed in its entirety with prejudice, with each party bearing its own attorneys' fees and costs, all matters in controversy having been resolved between the parties.

By: s/John E. Untereker
One of the Attorneys for the Plaintiff

John E. Untereker
Working Hands Legal Clinic
77 West Washington Street, Suite 1402
Chicago, IL 60602
(312)-795-9115

By: s/Robert T. Hanlon
Attorney for the Defendant

Robert T. Hanlon
Law Offices of Robert T. Hanlon & Assoc.,P.C.
14212 Washington Avenue
Woodstock, IL 60098
(815)-206-2200

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that true and correct copies of the foregoing **Joint Stipulation for Voluntary Dismissal with Prejudice** were served via electronic mail on March 6, 2008 on:

Robert T. Hanlon
Law Offices of Robert T. Hanlon & Assoc.,P.C.
14212 Washington Avenue
Woodstock, IL 60098

                                                  s/ John E. Untereker
                                                  John E. Untereker