IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALFONSO CHAVEZ, on behalf of himself and others similarly situated, known and unknown, ) ) ) ) | |
| Plaintiff, ) ) | No. 07 C 7191 |
| v. ) ) | Judge Coar |
| STONETREE LANDSCAPES, INC. ) ) | |
| Defendant. ) | |

## NOTICE OF FILING

To: Robert T. Hanlon
Law Offices of Robert T. Hanlon & Assoc., P.C.
14212 Washington Avenue
Woodstock, IL 60098
(815)-206-2200

**PLEASE TAKE NOTICE** that on March 6, 2008, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Joint Stipulation For Voluntary Dismissal With Prejudice,** copies of which are attached hereto and are hereby served upon you.

Respectfully submitted,

Date: March 6, 2008      s/John E Untereker

John E Untereker
Working Hands Legal Clinic
77 W. Washington, Suite 1402
Chicago, Illinois 60602
(312) 795-9115
One of the Attorneys for Plaintiff